```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CHRIS GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3186 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The oral request of the parties is granted and a telephone conference regarding the parties' Rule 26 planning conference report will be held with the undersigned on September 26, 2007 at 10:00 a.m.  The call will be initiated by counsel.

DATED this 20th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge