IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER GARRETT, | ) | 4:07CV3186 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time and for a stay of proceedings (filing 60) is granted to the following extent:

1. Plaintiff's deadline for responding to Defendant's motion for summary judgment (filing 52) is extended for an indefinite period until after the court rules on the motion to withdraw filed by Plaintiff's counsel (filing 58), which motion is not yet ripe for determination.
2. Case progression is stayed until further order of the court.

March 31, 2008.      BY THE COURT:

    s/ *Richard G. Kopf*
    United States District Judge