IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER GARRETT, | ) | 4:07CV3186 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Counsel's motion to withdraw (filing 58) is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2. On or before May 5, 2008, the plaintiff shall either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, supported by a financial affidavit in a form available from the clerk of the court; or (3) file a statement indicating that he will proceed in this case without counsel. If none of these actions is taken by May 5, 2008, this case will be subject to dismissal without further notice.

3. The deadline for the plaintiff to respond to the pending motion for summary judgment (filing 52) will be established after one of these filings is made by the plaintiff. Meanwhile, progression of the case remains stayed.

April 14, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge